# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 1175

VERSUS

AQUENDIUS LANDRY

**DECEMBER 20, 2021**

---

In Re:   Aquendius Landry, applying for supervisory writs, 23rd
         Judicial District Court, Parish of Assumption, No. 06-
         182.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

> **PMc**
> **JEW**
> **MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT